# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:22-po-5132-JTJ |
| Plaintiff, | Violation: E1384394 |
| vs. | |
| MATTHEW C. SKOTNICKI, | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 23rd day of September, 2022.

_____
John Johnston
United States Magistrate Judge

1